**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRENDA MANSEE-PERSSON**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**HENRY FORD HEALTH SYSTEM,**<br><br>Defendant. | ) | Case No. 4:26-cv-12243-FKB-CI<br><br>Judge F. Kay Behm<br><br>Magistrate Judge Curtis Ivy<br><br>**STIPULATED ORDER TO STAY CASE PENDING MEDIATION** |

Plaintiff Brenda Mansee-Persson, individually and on behalf of others similarly situated, and Defendant Henry Ford Health System (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to stay all deadlines and proceedings in this matter pending mediation based on the following:

1. On July 2, 2026, Plaintiff filed her Collective Action Complaint, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., on behalf of herself and others similarly situated. (ECF No. 1).

2. The Parties have agreed to participate in mediation with a nationally renowned third-party wage and hour mediator, Dennis Clifford, to explore the possibility of resolving Plaintiff's claims, and have scheduled mediation for February 19, 2027 in Southfield, Michigan.

3. The Parties desire to promote judicial efficiency and avoid the expense and resources associated with actively litigating this matter while they engage in good-faith discussions toward a potential resolution.

THEREFORE, upon the stipulated agreement of the Parties, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. All deadlines and proceedings in this matter are STAYED until March 5, 2027.

2. The Parties shall file a Joint Status Report regarding the results of the mediation no later than March 5, 2027.

**IT IS SO ORDERED.**

Dated: October 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

**STIPULATED AND AGREED TO:**

*/s/ Robi J. Baishnab*
Robi J. Baishnab (0086195)
NILGES LEGAL GROUP LLC
700 W St. Clair Ave., Suite 320
Cleveland, OH 44113
(216) 230-2955
rbaishnab@ohlaborlaw.com

Hans A. Nilges (OH 0076017)
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone: 330-470-4428
Facsimile: 330-754-1430
hnilges@ohlaborlaw.com

*Counsel for Plaintiffs*

Jennifer L. McManus (P65976)
**FAGAN MCMANUS, P.C.**
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

*Local Counsel for Named Plaintiff*

*/s/ Allan S. Rubin*
Allan S. Rubin (P44420)
**JACKSON LEWIS P.C.**
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
allan.rubin@jacksonlewis.com

*Attorneys for Defendant*